UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Suisun Wainwright <br><br>　　　　Plaintiff(s) <br><br>v. <br><br>Bluestem Brands d/b/a Fingerhut <br><br>　　　　Defendant(s) | CASE No C 3:17-cv-03041-JST <br><br>STIPULATION AND [PROPOSED] <br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: 30 days after close of discovery

Date: August 23, 2017　　　　　Rachel R. Stevens
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: August 23, 2017　　　　　Chelsea L. Diaz
　　　　　　　　　　　　　　　　Attorney for Defendant

☐ IT IS SO ORDERED
☒ IT IS SO ORDERED WITH MODIFICATIONS:
Mediation completion deadline is May 30, 2018

Date: September 20, 2017
　　　　　　　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*